No. 94–9755.  SANBORN *v.* KENTUCKY, *ante,* p. 854.  Motion for leave to file petition for rehearing denied.

DECEMBER 12, 1995

No. 95–7084 (A–508).  BRIDDLE *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.

DECEMBER 13, 1995

No. A–492 (95–6510).  GRAY *v.* NETHERLAND, WARDEN.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending disposition by this Court of the petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay terminates automatically.  In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.